NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GREENLIANT SYSTEMS, INC.,**
*Plaintiff-Appellee,*

**AND**

**SILICON STORAGE TECHNOLOGY, INC.,**
*Plaintiff-Appellee,*

**v.**

**XICOR LLC,**
*Defendant-Appellant.*

---

2011-1514

---

Appeal from the United States District Court for the Northern District of California in case no. 11-CV-0631, Judge Edward M. Chen.

---

## ON MOTION

---

## ORDER

Silicon Storage Technology, Inc. (SST) moves to dismiss Xicor LLC's appeal. Xicor opposes.

The court deems it the better course to deny the motion to dismiss without prejudice to SST raising its arguments in its brief.

Accordingly,

IT IS ORDERED THAT:

The motion is denied. The appellant's opening brief is due within 40 days of the date of filing of this order.

FOR THE COURT

**DEC 0 9 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Michael G. Schwartz, Esq.
     Jo Dale Carothers, Esq.
     Jeffrey R. Bragalone, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**DEC 0 9 2011**

**JAN HORBALY**
**CLERK**